460 A.2d 840

**COMMONWEALTH of Pennsylvania**

v.

**Bobby McLEAN, Appellant.**

Superior Court of Pennsylvania.

Submitted April 19, 1983.

Filed May 27, 1983.

Elaine DeMasse, Assistant Public Defender, Philadelphia, for appellant.

Jane Cutler Greenspan, Assistant District Attorney, Philadelphia, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

PER CURIAM:

After careful review of the record and briefs filed in this case, it appearing that the sole issue raised on appeal, i.e. whether the trial court erred in granting the Commonwealth's petition for an extension of four (4) days in which to bring appellant to trial under Pa.R.Cr.P. 1100 and 6013, has been correctly decided and adequately discussed by the trial court,

Judgment of sentence is affirmed.